EAST BATON ROUGE PARISH
Filed Apr 29, 2022 8:15 AM
Deputy Clerk of Court
E-File Received Apr 28, 2022 4:47 PM

C-718484
25

## 19th JUDICIAL DISTRICT COURT
## PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

NUMBER: _____                                    SECTION: _____

### JEREMY JACKSON

### VERSUS

### LAM CARGO, LLC., AMERICAN SENTINEL INSURANCE COMPANY, AND ALFONSO MARTINEZ

*************************************************************************

### PETITION FOR DAMAGES

The petition of Jeremy Jackson, a major and competent resident of the Parish of East Baton Rouge, State of Louisiana, individually, respectfully represents the following:

1.

Made defendants herein are Lam Cargo, LLC, a foreign corporation authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana; American Sentinel Insurance Company, a foreign corporation authorized to do and doing business in the Parish of East Baton Rouge, State of Louisiana, and Alfonso Martinez, a major competent resident of the County of Harris, State of Texas.

2.

Defendants are justly and truly indebted unto your Petitioner, jointly and/or solido, for personal injury damages your Petitioner sustained as the result of an automobile accident which occurred on or about September 13, 2021, in the Parish of East Baton Rouge Parish, State of Louisiana, as will be further shown below.

3.

On or about September 13, 2021, your Petitioner, Jeremy Jackson, was a passenger in a 2018 Dodge Ram, owned and operated by James McKnight, and your Petitioner was stopped at a red light at the intersection of Reiger Road and Siegen Lane, in East Baton Rouge Parish, when suddenly and without warning, a 2006 Freightliner TT 18 wheeler owned by defendant Lam Cargo LLC., and operated by defendant Alfonso Martinez, made a turn from Siegen Lane onto Reiger Road and failed to maintain adequate control of the vehicle while attempting to complete his turn, causing the aforementioned 2006 Freightliner TT 18 wheeler to collide with that of your Petitioner's vehicle, causing your Petitioner to sustain personal injuries to his person, forming the subject matter of this lawsuit.

Certified True and Correct Copy
CertID: 2022042900635

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/29/2022 11:21 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Exhibit A

4.

Petitioner shows that as result of this accident, he sustained personal injuries to his head, chest, neck, back, shoulders, arms, legs, hands, feet, fingers, toes, elbows, wrists, knees, ankles, hips, torso, ribs, abdomen, and/or body as a whole, which injuries have caused your Petitioner to incur medical expenses, and lost wages, which are claimed as special damages herein.

5.

Petitioner shows that the sole and proximate cause of the aforementioned auto accident involved herein, and the resulting injuries and/or damages, was the negligence of defendant Alfonso Martinez, in the following particulars:

a.) Failure to keep a sharp lookout for other vehicles in the roadway;

b.) Failure to maintain control of the 18-wheeler while attempting to complete a turn;

c.) Failure to take evasive measures to avoid the collision;

d.) Failure to ascertain safe passage;

e.) Improper and wreckless operation of a commercial vehicle; and

f.) Any other acts of negligence that may be proven at the trial of this matter

6.

Petitioner shows that at all times pertinent hereto, defendant Alfonso Martinez, was an employee and/or the owner of Lam Cargo LLC., making Lam Cargo LLC. vicariously liable for the actions and/or inactions of defendant Alfonso Martinez, in accordance with the Louisiana Doctrine of Respondeat Superior regarding vicarious liability.

7.

Petitioner shows that defendant Lam Cargo LLC. at all times pertinent hereto, was the owner of the aforementioned 2006 Freightline TT 18 wheeler driven by Alfonso Martinez, on the date of accident, September 13, 2021, and Petitioner shows that defendant American Sentinel Insurance Company, provided a policy of commercial auto liability insurance with defendant Lam Cargo LLC., covering the aforementioned 2006 Freightliner TT 18 wheeler, subjecting defendant American Sentinel Insurance Company to a direct action against it in accordance with the Louisiana direct action statute.

8.

Petitioner thus shows that he is entitled to recover herein from the defendants, jointly and/or in solido, the following non-exclusive elements of personal injury damages, and/or property


Certified True and Correct Copy
CertID: 2022042900635

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/29/2022 11:21 AM

Exhibit A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

damages as applicable that he has sustained herein, including but not limited to: pain, suffering, grief, mental anguish, medical expenses past and future, lost wages, and/or loss of enjoyment of life. Petitioner further shows that he is entitled to recover from the same defendants, jointly and/or solidarily, any and all other elements of personal injury damages, property damages, and/or tort damages suffered by your Petitioner herein which may be proven at trial or warranted under the circumstances and premises of this lawsuit.

**WHEREFORE, PETITIONER PRAYS** that this petition be filed herein, and that the defendants be served with a copy of same and cited to appear and answer same, and that after due proceedings are had, there be judgment herein in favor of your Petitioner and against the defendants for all damages sustained by your Petitioner herein which may be proven at trial and warranted under the circumstances and premises of this lawsuit, plus all costs of these proceedings, including expert witness fees, and legal interest on all amounts awarded from the date of judicial demand until paid.

**PETITIONER FURTHER PRAYS** for all general and equitable relief, and any and all orders of the Court necessary under the circumstances.

BY ATTORNEY:

Paul B. Lambremont (#33,583)
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Telephone: (225) 928-7524
Facsimile: (225) 928-7622
*Attorney for Petitioner,*
Jeremy Jackson

**PLEASE SERVE DEFENDANTS:**

American Sentinel Insurance Company
Through its registered agent:
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Lam Cargo LLC. - via the Louisiana Long Arm Statute
Through its registered agent:
Liber Yi
15938 Camino Del Sol Drive
Houston, TX 77083-3914

Alfonso Martinez – via the Louisiana Long Arm Statute
5730 Timber Creek Place Drive
Houston, TX 77084



Certified True and Correct Copy
CertID: 2022042900635
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 4/29/2022 11:21 AM

Exhibit A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14.132, 133, and/or RPC Rule 3.3(a)(3).