19ᵗʰ JUDICIAL DISTRICT COURT FOR THE EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-718484                                                    SECTION: 25

JEREMY JACKSON

VERSUS

LAM CARGO, LLC, AMERICAN SENTINEL INSURANCE COMPANY, AND
ALFONSO MARTINEZ

FILED: _____    _____
                                                    DEPUTY CLERK

NOTICE TO STATE COURT
AND ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:    Clerk of Court
       Doug Welborn, Clerk of Court
       19ᵗʰ Judicial District Courthouse
       300 North Boulevard
       Baton Rouge, LA 70801ichard Napoleon

       Plaintiff– Jeremy Jackson
       *Through his attorneys of record:*
       Paul B. Lambremont
       Attorney at Law
       Lambremont Law Office
       4550 North Blvd., Suite 220
       Baton Rouge, LA 70806

       PLEASE TAKE NOTICE that Defendant, Alfonso Martinez (referred to as "Defendant"),

through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1367, 1441, and 1446, has this

day filed a Notice of Removal of the action entitled "*Jeremy Jackson v. Lam Cargo, LLC,*

*American Sentinel Insurance Company and Alfonso Martinez*, Civil Docket No. 718484, Sec. 25",

on the docket of the 19ᵗʰ Judicial District Court for the Parish of East Baton Rouge, State of

Louisiana. A copy of said Notice of Removal is attached hereto as Exhibit "1" in conformity with

28 U.S.C. § 1446(d).

                          Respectfully submitted,

                          _____
                          **MICHAEL R. SISTRUNK.** (Bar No. 12111)
                          **HEATHER N. SHOCKLEY** (Bar No. 33296)
                          McCRANIE, SISTRUNK, ANZELMO,
                             HARDY, McDANIEL, & WELCH, LLC
                          195 Greenbriar Boulevard, Suite 200

Exhibit E

Covington, LA  70433
Telephone:    (504) 831-0946
Facsimile:     (800) 977-8810
mrs@mcsalaw.com
hmn@mcsalaw.com
***Attorneys for Defendant, Alfonso Martinez***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice to State Court and Adverse Parties of Removal* has been served upon the following parties to this proceeding:

Paul B. Lambremont
Attorney at Law
Lambremont Law Office
4550 North Blvd., Suite 220
Baton Rouge, LA  70806

☒ by e-mail, ☐ by facsimile, ☐ by hand, and/or ☐ by United States mail, properly addressed and postage prepaid, on this _28th_ day of July, 2022.

_____
**HEATHER N. SHOCKLEY**